ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/30/2025 4:14 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00015-CV

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/30/2025 4:14:12 PM
CHRISTOPHER A. PRINE
Clerk

JAMIE SMITH, IN HIS OFFICIAL CAPACITY AS DISTRICT CLERK OF JEFFERSON COUNTY, TEXAS,

*Appellant,*

V.

MEGAN LAVOIE, IN HER OFFICIAL CAPACITY AS ADMINISTRATIVE DIRECTOR TEXAS OFFICE OF COURT ADMINISTRATION,

*Appellee*

On Appeal from the 455th Judicial District Court
Travis County, Texas

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

In accordance with Tex. R. App. P. 6.1, Courthouse News Service, Interested Party, gives notice to the Court as well all parties to this lawsuit, that Peter C. Hansen and Cody Lee Vaughn of the law firm Jackson Walker LLP hereby appear as additional counsel for Courthouse News Service in this matter. All items shall also be served on the following:

1

Peter C. Hansen
Cody Lee Vaughn
JACKSON WALKER LLP
100 Congress, Suite 1100
Austin, Texas 78701
T: (512) 236-2000
*phansen@jw.com*
*cvaughn@jw.com*

Courthouse News Service requests that the Court, as well as the parties to this lawsuit take notice of this appearance of additional counsel.

Respectfully submitted,

By: */s/ Matt Dow*

Matt Dow
State Bar No. 06066500
mdow@jw.com
Peter C. Hansen
State Bar No. 24066668
phansen@jw.com
Cody Lee Vaughn
State Bar No. 24115897
cvaughn@jw.com
JACKSON WALKER LLP
100 Congress Ave., Suite 1100
Austin, Texas 78701
(512) 236-2000

COUNSEL FOR INTERESTED PARTY
COURTHOUSE NEWS SERVICE

**CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, a true and correct copy of the foregoing document was served via FileTime e-filing system on all counsel of record.


/s/ Matt Dow

Matt Dow

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kristine Porter on behalf of Matt Dow
Bar No. 6066500
kporter@jw.com
Envelope ID: 100294758
Filing Code Description: Other Document
Filing Description: Notice of Appearance
Status as of 4/30/2025 4:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Quentin D.Price | | Quentin.Price@jeffersoncountytx.gov | 4/30/2025 4:14:12 PM | SENT |
| Kristine Porter | | kporter@jw.com | 4/30/2025 4:14:12 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffersoncountytx.gov | 4/30/2025 4:14:12 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 4/30/2025 4:14:12 PM | SENT |
| Matthew Dow | | mdow@jw.com | 4/30/2025 4:14:12 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 4/30/2025 4:14:12 PM | SENT |
| John Edwards | | jedwards@jw.com | 4/30/2025 4:14:12 PM | SENT |
| Cody Vaughn | | cvaughn@jw.com | 4/30/2025 4:14:12 PM | SENT |
| Peter Hansen | | phansen@jw.com | 4/30/2025 4:14:12 PM | SENT |